# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140662
141196

GEICO INDEMNITY COMPANY,
  Plaintiff/Counter-Defendant-
  Appellee,

v

BELINDA GOLDSTEIN,
  Defendant/Counter-Plaintiff/Third-
  Party Plaintiff-Appellant,
and

DANIEL LEON,
  Defendant/Counter-Plaintiff-
  Appellee,

v

FARMERS INSURANCE EXCHANGE,
  Third-Party Defendant/Appellee.
_____/

SC: 140662
COA: 288418
Oakland CC: 2006-073586-NF

GEICO INDEMNITY COMPANY,
  Plaintiff/Counter-Defendant-
  Appellant,

v

BELINDA GOLDSTEIN,
  Defendant/Counter-Plaintiff/Third-
  Party Plaintiff-Appellee,
and

DANIEL LEON,
  Defendant/Counter-Plaintiff-
  Appellee,

v

FARMERS INSURANCE EXCHANGE,
  Third-Party Defendant/Appellee.
_____/

SC: 141196
COA: 288418
Oakland CC: 2006-073586-NF

On order of the Court, the applications for leave to appeal the January 19, 2010 judgment of the Court of Appeals are considered. We DIRECT the parties to submit supplemental briefs, within 35 days of the date of this order, addressing the issue whether, because the titled owner of the vehicle involved in the accident maintained an automobile insurance policy on the vehicle issued by plaintiff Geico, and Geico, in turn, filed the written certification with the State of Michigan required under MCL 500.3163(1), the resulting no-fault coverage satisfied the condition for eligibility for personal protection insurance benefits specified by MCL 500.3113(b), even if defendant Goldstein was an "owner" of the vehicle within the meaning of MCL 500.3101(h)(i), thereby obviating any need for the further proceedings ordered by the Court of Appeals. The applications for leave to appeal remain pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2010

_Corbin R. Davis_
Clerk

p0914